# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-862 (CRC) |

## JOINT MOTION TO STAY

The Parties, by and through undersigned counsel, hereby request to stay the case, up to and including September 16, 2019.  Good cause exists for this request.

The Parties are currently working to determine whether they can resolve this matter without further litigation.  The Parties need additional time to review the matter with their clients and conduct any further discussions that may be necessary to determine next steps.

Accordingly, the Parties propose that this Court stay the case until September 16, 2019, at which point they will file a joint status report or a joint stipulation of dismissal pursuant to a settlement agreement, as may be appropriate under the circumstances.

A proposed order is attached for the convenience of the Court.

Dated:  August 16, 2019

Respectfully Submitted,

JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092  Chief, Civil Division

By: /s/ *Joshua L. Rogers*
JOSHUA L. ROGERS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2578
email:  Joshua.Rogers3@usdoj.gov


By: /s/ *Alexa Marie Carreno*
ALEXA MARIE CARRENO
Environmental and Defense Fund
501 S. Cherry Street, Suite 1100
Denver, CO 80246
Tel: (720) 722-0336
Email: ACarreno@eadefense.org